460 A.2d 854

D'Ver v. Coe et al.

Appeal of Sherman M. Coe.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.
Final decree affirmed.